Camenisch et al., Appellants, *v.* Allen et al.

Argued Dec. 7, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

258

*Abraham Wernick,* for appellants.

*Lewis R. Linet,* for appellees.

PER CURIAM, January 2, 1945:
The order of the court below is affirmed at Appellant's cost, on the opinion of Judge BROWN.